JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LUIS QUINTANA, | No. CV 15-00296-DFM |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| SANDRA ALFARO, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the First Amended Petition is denied and this action dismissed with prejudice.

Dated: November 5, 2018

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge